# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

v.

Francisco Rincon Felipe

**FILED**
ASHEVILLE, NC

MAR 29 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:12mj18

Ronald Justice
Defendant's Attorney

**THE DEFENDANT:**

| | |
|---|---|
| X | pleaded guilty to count(s) 1 |
| _ | Pleaded guilty to violation(s) |
| _ | Pleaded not guilty to count(s) |
| _ | Pleaded not guilty to violation(s) |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 36 CFR 2.1(a)(1)(ii); 18:2 | Conspiracy to harvest galax | 03/24/12 | 1 |

| | |
|---|---|
| X | Counts(s) 2 - Commercial Operations (is) DISMISSED on the motion of the United States. |
| _ | Violation Notice(s) (is)(are) dismissed on the motion of the United States. |
| _ | Found not guilty as to: |

**IMPOSITION OF SENTENCE:** That the defendant be imprisoned for THIRTY (30) DAYS with credit for time served.

All monies STRICKEN..

The defendant forfeits any interest he has in the galax seized.

Date of Imposition of Sentence: March 28, 2012

_____
Dennis L. Howell, United States Magistrate Judge

Date Signed: March 28, 2012

**RETURN**

I have executed this Judgment as follows: _____

_____

_____

at _____ Defendant delivered on _____ to _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal